## UNITED STATES of America, Plaintiff-Appellee, v. Walter J. McCAULEY and Hans Hestermann, Defendants-Appellants.

### No. 486.

Circuit Court of Appeals, Second Circuit.

July 5, 1933.

Joseph G. Fenster, of New York City, for appellants.

George Z. Medalie, U. S. Atty., of New York City (Louis Mead Treadwell, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.

## UNITED STATES of America v. Calvin Miller MOORE.

### No. 853.

Circuit Court of Appeals, Tenth Circuit.

April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

R. M. Mountcastle, of Muskogee, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

## UNITED STATES of America v. Charles Sprugeon PAYNE.

### No. 854.

Circuit Court of Appeals, Tenth Circuit.

April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Joe T. Dewberry, of Tulsa, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

## UNITED STATES of America v. Lemuel Seth SHERRICK.

### No. 852.

Circuit Court of Appeals, Tenth Circuit.

April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Wilkerson & Brown, of Pryor, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.